310 Ga. 100
FINAL COPY

S20Y1435.  IN THE MATTER OF DANIEL LEE DEAN.

PER CURIAM.

This disciplinary matter is before the Court on the petition for voluntary surrender of license filed by Daniel Lee Dean (State Bar No. 214575) prior to the issuance of a formal complaint, pursuant to Bar Rule 4-227 (b) (2). Dean, who has been a member of the Bar since 1977, is currently undergoing treatment for terminal cancer. We recently appointed receivers for his client files, records, and accounts, based on our determination that he "has become so impaired as a result of a terminal illness that he is unable to properly represent his clients." *In the Matter of Dean*, S20B1282 (June 18, 2020).

Dean states that he currently has three grievances that have been filed against him, which allege numerous violations of the Georgia Rules of Professional Conduct found in Bar Rule 4-102 (d),

some of which are punishable by disbarment. While Dean does not agree with all of the factual allegations in the grievances, he acknowledges that there is some factual basis to support violations of Rules 1.1, 1.2, 1.3, 1.4, 1.5, 1.15 (I), 1.15 (II), 1.15 (III), 1.16, 4.1, and 8.4.

Dean urges us to accept the surrender of his license pursuant to Bar Rule 4-104 (a) in lieu of discipline for his alleged violations of the Bar Rules. See *In the Matter of Healy*, 308 Ga. 658 (842 SE2d 844) (2020). He further promises that should we accept his surrender of license, notwithstanding any successful treatment of his illness that may occur in the future, he will not seek reinstatement to the practice of law. The State Bar has filed a response, asking that we grant Dean's petition for voluntary surrender of license.

Having reviewed the petition, we agree to accept Dean's petition for voluntary surrender of license under Bar Rule 4-104, which is tantamount to disbarment. Accordingly, it is hereby ordered that the name of Daniel Lee Dean be removed from the rolls

of persons authorized to practice law in the State of Georgia. Dean

is reminded of his duties pursuant to Bar Rule 4-219 (b).

*Voluntary surrender of license accepted. All the Justices concur.*


Decided October 5, 2020.

Voluntary surrender of license.
*Paula J. Frederick, General Counsel State Bar, William D. NeSmith III, Deputy General Counsel State Bar, Jenny K. Mittelman, James S. Lewis, Assistant General Counsel State Bar,* for State Bar of Georgia.